IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:12CR273 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. KATZ |
| | ) | |
| v. | ) | |
| | ) | |
| BRADY D. JACKSON, JR. | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter came before the Court for a hearing on November 21, 2014 on the request by the United States of America for an order of restitution for "R.M." and "A.C.", victims harmed as a result of the criminal conduct of the defendant, Brady Jackson. The defendant was present and represented by attorney, Haralambos Mihas. The government was represented by Assistant U.S. Attorney Ava R. Dustin. Attorney Catherine Hoolahan appeared on behalf of victims "R.M." and "A.C.". The purpose of the hearing was to determine the appropriate amount of restitution that should be awarded to each victim pursuant to 18 U.S.C. § 1593, which monies shall be used for services related to the mental health counseling of "R.M." and "A.C.".

This Court has considered the United States' Memorandum in Support of Restitution and four letters from "R.M.'s" treatment providers (Doc. 83), and the Statement of Minor Victim "RM" Regarding Restitution Pursuant to 18 U.S.C. § 1593 which was submitted to the U.S. Probation Dept. by Megan Mattimoe, Attorney and Guardian ad Litem for Victim, "R.M.".

Having presided over the jury trial in this matter which resulted in the defendant's conviction on two counts of Sex Trafficking of Children in violation of 18 U.S.C. § 1591, this Court has also considered all the evidence adduced at trial including the testimony of "R.M." and "A.C.".

This Court agrees with the government and the Guardian ad Litem that "R.M." and "A.C." are entitled to restitution to recover both present and future costs associated with mental health counseling. The Court grants Attorney Hoolahan's motion for a 60-day extension of time until December 22, 2014 to submit a restitution request on behalf of "A.C." in order to give Attorney Hoolahan sufficient time to obtain a pro bono psychiatric evaluation of "A.C.".

IT IS HEREBY ORDERED THAT:

1. The defendant shall pay restitution in the amount of $10,000.00 to "R.M." which monies shall be used for present and future mental health counseling and related costs to include psychiatric and psychological care and physical and occupational costs for the benefit of "R.M.".

2. In the event that the Court does not receive a request for restitution on behalf of "A.C." by December 22, 2014, the defendant shall pay restitution to "A.C." in the amount of $3,000.00, which monies shall be used for present and future mental health counseling and related costs to include psychiatric and psychological care and physical and occupational costs for the benefit of "A.C." and also for any child care expenses that "A.C." many incur in order to enable her to receive mental health counseling.

3. The defendant's restitution payments shall be made payable to the Clerk of Courts, U.S. District Court, Northern District of Ohio, Western Division at 1716 Spielbusch Ave., Room 114, Toledo, Ohio 43604.

4. Such monies shall be held in separate trusts for the benefit of "R.M." and "A.C.".

5. Upon the Clerk of Courts receiving the first restitution payment from the defendant,

the Clerk is directed to notify the chambers of Judge David A. Katz. This Court will subsequently appoint a trustee to administer each trust. Interest on the restitution amounts is waived.

IT IS SO ORDERED:

| S/ David A. Katz | November 26, 2014 |
|---|---|
| /s/ David A. Katz | Date |

HON. DAVID A. KATZ
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION