IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,              Case No. 3:12 CR 273

-vs-

                                              O R D E R

BRADY D. JACKSON, JR.,

                    Defendant.

KATZ, J.

       This matter came before the Court for a hearing on November 21, 2014 on the request by the United States of America for an order of restitution for "R.M." and "A.C.", victims harmed as a result of the criminal conduct of the defendant, Brady Jackson. (Doc. 92, 11/26/14). At the hearing, the defendant was present and represented by attorney, Haralambos Mihas. The government was represented by Assistant U.S. Attorney Ava R. Dustin. Attorney Catherine Hoolahan appeared on behalf of victims "R.M." and "A.C.".

       The Court granted Attorney Hoolahan's motion for a 60-day extension of time to submit a restitution request on behalf of "A.C." in order to give Attorney Hoolahan sufficient time to obtain a pro bono psychiatric evaluation of "A.C.". As of the date of this Order, the Court has not received a restitution request from Attorney Hoolahan on behalf of "A.C.".

       IT IS HEREBY ORDERED THAT:

       1. The defendant shall pay restitution in the amount of $3,000.00 to "A.C." which monies shall be used for present and future mental health counseling and related costs to include psychiatric and psychological care and physical and occupational costs for the benefit of "A.C." and also for any child care expenses that "A.C." many incur in order to enable her to receive mental health counseling.

2.  The defendant's restitution payments shall be made payable to the Clerk of Courts, U.S. District Court, Northern District of Ohio, Western Division at 1716 Spielbusch Ave., Room 114, Toledo, Ohio 43604.

3.  Such monies shall be held in trust for the benefit of "A.C.".

4.  Upon the Clerk of Courts receiving the first restitution payment from the defendant, the Clerk is directed to notify the chambers of Judge David A. Katz. This Court will subsequently appoint a trustee to administer the trust.  Interest on the restitution amount is waived.

IT IS SO ORDERED:

      s/ *David A. Katz*
DAVID A. KATZ
U. S. DISTRICT JUDGE